387 A.2d 103

Commonwealth v. Bango, Appellant.

Argued December 9, 1977.   G. McKinley, with him Michael L. Ozalas, for appellant;  Edward Vermillion, Assistant District Attorney, with him Richard W. Webb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

387 A.2d 103

Commonwealth v. Bink, Appellant.

Argued December 8, 1977.   J. Richard Gray, with him Shertzer & Gray, for appellant;  M. Melie, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.